TOTO BROTHERS, INC. v. HESS BROTHERS, INC.

June 1, 1976.  Petition for certification denied.

MAYOR & COUNCIL OF THE TWP. OF PEQUANNOCK v.
N. J. DEPT. OF ENVIRONMENTAL PROTECTION.

June 1, 1976.  Petition for certification denied.

JERRY STAUDT v. TRANSCON LINES.

June 1, 1976.  Petition for certification denied.

JOHN T. DYLONG v. JOSEPH DYLONG.

June 1, 1976.  Petition for certification denied.

GRACE GOLDSBORO v. BOARD OF REVIEW, DIVISION OF
EMPLOYMENT SECURITY.

June 1, 1976.  Petition for certification denied.